IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Erineo Cano,<br><br>        Petitioner,<br><br>vs.<br><br>Nicole Taylor, et al.,<br><br>        Respondents. | No. 07-2456-PHX-ROS (MEA)<br><br>**ORDER** |

On July 16, 2008, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R"). (Doc. 25). The parties had ten business days from the date of service of a copy of the R&R within which to file written objections with the Court. F. R. Civ. P. 72(b). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 25) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Motion to Amend Complaint (Doc. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Extension of Time for Service (Doc. 21) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion to Supplement (Doc. 22) is **DENIED**.

DATED this 14th day of August, 2008.

_____
Roslyn O. Silver
United States District Judge